UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES E. DICKERSON,

    Plaintiff,

v.

DAVID H. BRUNEAU,

    Defendant.

Case No. C06-5418RBL

ORDER DISMISSING **COMPLAINT PURSUANT TO 28 U.S.C. § 1915**

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Magistrate Judge J. Kelley Arnold, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) Plaintiff's Motion to Dismiss pursuant to Fed. R. Civ. P. 41(a)(1) [Dkt. #11] is **DENIED**.

(2) The Court adopts the Report and Recommendation;

(3) Plaintiff's complaint and causes of action are DISMISSED;

(4) The Clerk is directed to count this as a dismissal under **28 U.S.C. § 1915(g)**; and

(5) The Clerk is directed to send copies of this Order to plaintiff, to counsel of record, and to the Hon. J. Kelley Arnold.

DATED this 6th day of November, 2006.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1